UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: MJ08-239 |
| v. ) | |
| ) | |
| TIMOTHY MITCHELL, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Possession of Cocaine with Intent to Distribute;

Possession of Methamphetamine with Intent to Distribute.

<u>Date of Detention Hearing</u>:   May 21, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Bruce Miyake. The defendant was represented by Lee Covell.

//

//

DETENTION ORDER                                                                                                                    15.13
18 U.S.C. § 3142(i)
PAGE 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1) Defendant is charged with a drug offense with a maximum sentence of ten years or more.

2) There is a serious risk that defendant will flee.

(3) The defendant does not contest detention at this time.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of May, 2008.

    /s/Dean Brett
DEAN BRETT
United States Magistrate Judge