JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>TIMOTHY MITCHELL,<br><br>        Defendant. | No. CR08-213-JLR<br><br>**JLR**<br><br>(~~PROPOSED~~) ORDER TERMINATING SUPERVISED RELEASE |

This matter having come before the Court on Defendant's Motion for Early Termination of Supervised Release (Dkt. # 150), and the Court having reviewed the motion, Plaintiff's response (Dkt. # 151), and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Mitchell's supervised release is warranted by the conduct of Mr. Mitchell and in the interests of justice.  Accordingly, the court GRANTS Defendant's motion for early termination of supervised release (Dkt. # 150);

IT IS FURTHER ORDERED that the term of supervised release for Mr. Mitchell shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

//

//

//

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Mitchell*, CR08-213-JLR)   - 1

DONE this 16th day of June, 2023.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Colin Fieman*
Attorney for Timothy Mitchell